**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

SHIRLEY PARROTT-COPUS,

Plaintiff,

-vs-

TERRA STATE COMMUNITY COLLEGE,

Defendant.

Case No. 3:15-CV-01753-JZ

JUDGE ZOUHARY

**NOTICE OF FILING OFFER OF JUDGMENT AND ACCEPTANCE**

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff Shirley Parrott-Copus, by and through her attorneys, hereby files with the Court Defendant Terra State Community College's Offer of Judgment, sent November 13, 2015 (attached as Exhibit A), and Plaintiff's Acceptance of Offer of Judgment, sent November 23, 2015 (attached as Exhibit B).

Pursuant to Fed. R. Civ. P. 68, the Clerk is requested to enter Judgment accordingly.

Date: November 23, 2015

Respectfully submitted,

/s/ Stephen M. Dane
Stephen M. Dane
RELMAN, DANE & COLFAX PLLC
312 Louisiana Avenue
Perrysburg, OH 43551
Telephone: (419) 873-1814
E-mail: sdane@relmanlaw.com
OH Bar No. 0013057

Jamie Crook (admitted *pro hac vice*)
Laura Gaztambide-Arandes (admitted *pro hac vice*)
RELMAN, DANE & COLFAX PLLC
1225 19th Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
E-mail: jcrook@relmanlaw.com; larandes@relmanlaw.com

Michael Stein (admitted *pro hac vice*)
Mary C. Vargas (admitted *pro hac vice*)
STEIN & VARGAS, LLP
5100 Buckeystown Pike, Suite 250
Frederick, MD 21704
Telephone: (240) 793-3185
Fax: (888) 778-4620
E-mail: michael.stein@steinvargas.com; mary.vargas@steinvargas.com

Debra J. Patkin (admitted *pro hac vice*)
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Telephone: (301) 587-1788
Fax: (301) 587-1791
E-mail: debra.patkin@nad.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d), I hereby certify that on November 23, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record who are deemed to have consented to electronic service. Parties may access this filing through the Court's system.

/s/ Stephen M. Dane
Stephen M. Dane
RELMAN, DANE & COLFAX PLLC
312 Louisiana Avenue
Perrysburg, OH 43551
Telephone: (419) 873-1814
E-mail: sdane@relmanlaw.com
OH Bar No. 0013057