IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shirley Parrott-Copus,                                Case No. 3:15 CV 1753

            Plaintiff,                          JUDGMENT ENTRY

        -vs-                                   JUDGE JACK ZOUHARY

Terra State Community College,

            Defendant.


Pursuant to Federal Civil Rule 68(a) and in accordance with the Notice of Offer of Judgment and Acceptance (Doc. 19), this Court orders that Plaintiff Shirley Parrott-Copus shall recover from Defendant Terra State Community College the amount of Seventy-Five Thousand Dollars ($75,000).

IT IS SO ORDERED.

                                        s/ *Jack Zouhary*
                                        JACK ZOUHARY
                                        U. S. DISTRICT JUDGE

                                        December 7, 2015